IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01416-PSF-PAC

JOSEPH BRAZIER, LTD, a United Kingdom corporation,
FNGB, CORP., a Nevada corporation, and
KARL CLARK LIPPARD,

    Plaintiffs,

v.

SPECIALTY BAR PRODUCTS COMPANY, a Pennsylvania corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiffs' Unopposed Motion to File Amended Complaint, filed November 20, 2006, is **GRANTED**.

    The tendered Amended Complaint shall be file this date.

Dated: November 21, 2006