IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01416-PSF-PAC

JOSEPH BRAZIER, LTD, a United Kingdom corporation,
FNGB, CORP., a Nevada corporation, and
KARL CLARK LIPPARD,

      Plaintiffs,

v.

SPECIALTY BAR PRODUCTS COMPANY, a Pennsylvania corporation,

      Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

      IT IS HEREBY **ORDERED** that the parties' Unopposed Motion to Reopen Discovery (Doc. #45), filed March 19, 2007, is **GRANTED** as follows:

      Plaintiff may obtain documents from Dearborn, Inc., through service of a subpoena duces tecum or otherwise, **on or before April 30, 2007.**

      Defendant may take ten (10) telephonic depositions, not to exceed one hour each, of persons that plaintiff identified as canceling orders with the company as the result of defendant's conduct, **on or before April 30, 2007**.

Dated: March 20, 2007