IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01416-WDM-KLM

JOSEPH BRAZIER, LTD., a United Kingdom corporation,

 Plaintiff,

v.

SPECIALTY BAR PRODUCTS COMPANY, a Pennsylvania corporation,

 Defendant.

_____

SPECIALTY BAR PRODUCTS COMPANY, a Pennsylvania corporation,

 Counterclaim Plaintiff,

v.

JOSEPH BRAZIER, LTD., a United Kingdom corporation,
FNGB CORP., a Nevada corporation, and
KARL CLARK LIPPARD,

 Counterclaim Defendants.

_____

## ORDER ON MOTION TO STRIKE PROPOSED BILL OF COSTS
_____

 This matter is before me on Counterclaim Defendants' Motion to Strike SBP's Bill of Costs [Doc. # 69], filed on April 10, 2008. Counterclaim Plaintiff Specialty Bar Products Company ("SBP") filed its Proposed Bill of Costs [Doc. # 68] on April 4, 2008 after I entered an order granting in part and denying in part SBP's motion for summary judgment in this action.

 Counterclaim defendants argue that the proposed bill of costs is premature because a final judgment has not been entered, while SBP argues it filed the bill of

costs solely to ensure its timeliness and that SBP will not seek to collect its costs until after the entry of a final judgment.

In light of the parties' concerns, the motion to strike [Doc. # 69] is granted, and counterclaim defendants have waived any objection based on any argument that the bill of costs should have been filed within a date certain of my April 4, 2008 summary judgment order.

DATED at Denver, Colorado, on April 29, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge