**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Kristen L. Mix**

| | |
|---|---|
| **Civil Action No.: 06-cv-01416-WDM-KLM** | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: December 10, 2008** | Courtroom Deputy, Kathleen Finney |

_____

| | |
|---|---|
| JOSEPH BRAZIER, LTD, | Erin M. Jensen |
| a United Kingdom corporation, | Sean R. Gallagher |
| FNGB, CORP. a Nevada corporation, and | |
| KARL CLARK LIPPARD, | |
| **Plaintiff(s),** | |
| v. | |
| SPECIALTY BAR PRODUCTS COMPANY, | Terence M. Ridley |
| a Pennsylvania corporation, | LaMar F. Jost |
| | |
| **Defendant(s),** | |

_____
**COURTROOM  MINUTES  /  MINUTE  ORDER**
_____

**HEARING:  MOTIONS HEARING**
**Court in Session:     10:34 a.m.**
Court calls case.   Appearance of counsel.

The Court raises Motion Hearing to discuss Defendant's Motion to Enforce Settlement Agreement [Docket No. 76 , filed 8/20/08] for argument.

| | |
|---|---|
| 10:35 a.m. | Defendant's oral argument by Lamar F. Jost. |
| | Exhibits received:   Defendant's A1, A2, A3, A4, A5, A6, A7, A8, A9, A10, A11, A12, A13, A14, A15, A15-1, A15-2, A16, A17, and A18. |
| 11:10 a.m. | Plaintiff's oral argument by Erin M. Jensen. |
| | Exhibits received:    Plaintiff's 4. |

11:47 a.m.          Defendant's rebuttal argument by Lamar F. Jost.

**It is ORDERED:**    Defendant's   MOTION  TO  ENFORCE SETTLEMENT AGREEMENT [Docket No. 76 , filed  8/20/08]  is **TAKEN UNDER ADVISEMENT.** The Court will issue a written Order in due course.


HEARING CONCLUDES.

**Court in recess: 12:12 p.m.**
Total In-Court Time:   01:38

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.